IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA BUICK & BERS, | No. C -13-04404 EDL |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| ARCHITECTURAL TESTING, INC., | |
| Defendant. | |

On August 29, 2014, Defendant filed a Motion for Sanctions and a Motion to Shorten Time to Hear the Motion for Sanctions on September 9, 2014. Defendant has not made a sufficient showing to justify shortening time to September 9, 2014. However, there is good cause to hear the Motion for Sanctions on a somewhat shortened schedule. The hearing on Defendant's Motion for Sanctions is set for September 23, 2014 at 9:00 a.m. Plaintiff shall file an opposition no later than 9:00 a.m. on September 12, 2014. Defendant may file a reply no later than 9:00 a.m. on September 15, 2014.

**IT IS SO ORDERED.**

Dated: September 2, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge