UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA BUICK & BERS,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCHITECTURAL TESTING INC.,<br><br>        Defendant. | Case No.  13-cv-04404-EDL<br><br>**ORDER REGARDING STIPULATION**<br><br>Re: Dkt. No. 99 |

On October 17, 2014, the parties filed a stipulated request to extend pretrial and trial dates. Good cause appearing, the Court grants the following extension:

- The non-expert discovery cutoff date is extended to December 1, 2014 for the depositions of the individuals set forth in the parties' stipulation. The discovery cutoff for all other purposes remains October 20, 2014.
- The dispositive motion filing deadline is extended to December 23, 2014. Any opposition shall be filed no later than January 6, 2015, and any reply shall be filed no later than January 13, 2015. The dispositive motion hearing date is extended to January 27, 2015.
- The initial expert disclosure deadline is extended to January 19, 2015. The rebuttal expert disclosure deadline is extended to February 2, 2015. The expert discovery cutoff date is extended to February 23, 2015.
- The pretrial conference is extended to March 24, 2015 at 2:00 p.m.

- The trial date is extended to May 11, 2015.
- In all other respects, the Case Management and Pretrial Order filed on March 10, 2014 remains in effect.

**IT IS SO ORDERED**.

Dated:   October 21, 2014



ELIZABETH D. LAPORTE
United States Magistrate Judge

2