UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA BUICK & BERS,<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL TESTING INC.,<br><br>Defendant. | Case No. 13-cv-04404-EDL<br><br>**ORDER AWARDING SANCTIONS** |

On October 9, 2014, the Court granted Defendant's request for monetary sanctions, and ordered Defendant's counsel to file a declaration in support of the fees and costs that were incurred in connection with bringing the Motion for Sanctions. On October 21, 2014, Defendant filed counsel's declaration seeking $46,857.15 in legal fees and $1,443.50 in costs, for a total of $48,300.65. On October 27, 2014, Plaintiff filed objections to counsel's declaration, stating that the Court should award $17,205.00 in legal fees and $1,003.30 in costs. This matter is appropriate for decision without further briefing or a hearing, and the Court does not require an *in camera* review of billing records.

In general, Defendant's request for fees and costs is reasonable. However, the Court reduces the legal fees sought by $4,521.00, which was the amount incurred in connection with the motion to shorten time. The Court largely denied the relief sought in the motion to shorten time, although the Court found good cause to somewhat shorten time. In addition, the Court's October 9, 2014 Order awarded fees and costs incurred in bringing the motion for sanctions only, not the motion to shorten time. The other very deep reductions in fees and costs sought by Plaintiff are not well-taken. However, although Defendant has already reduced its legal fees by ten percent, the Court finds that an additional reduction of ten percent of the legal fees is warranted to ensure

reasonableness and non-duplication of tasks.  Defendant is awarded $38,102.53 in legal fees and $1,443.50 in costs, for a total of $39,546.03.

**IT IS SO ORDERED.**

Dated: Nov 3, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge

2