UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA BUICK & BERS,<br><br>  Plaintiff,<br><br>  v.<br><br>ARCHITECTURAL TESTING INC.,<br><br>  Defendant. | Case No.  13-cv-04404-EDL<br><br>**ORDER** |

On November 3, 2014, the parties informed the Court that they have entered into a Confidential Settlement Agreement.  Accordingly, pending deadlines in this matter are stayed.  If Plaintiff has not filed a dismissal by December 5, 2014, the Court will hold a Further Case Management Conference on December 16, 2014.

**IT IS SO ORDERED**.

Dated: November 3, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge